UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUNG K. HUYNH,

    Defendant.

No. 3:09-CV-107
Judge Phillips/Guyton

SUNTRUST BANK,

    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment directed to Garnishee, SunTrust Bank, has been duly issued and served upon the Garnishee, which Writ reflects an unpaid judgment balance of $4,729.49, computed through February 17, 2010. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on March 5, 2010, stating that, at the time of the service of the Writ, it had in its custody, control, or possession, property in which the defendant has a substantial non-exempt interest: the sum of $287.28. On March 2, 2010, Garnishee mailed to Defendant a copy of the Affidavit and Answer of the Garnishee, and Defendant has not objected or requested a hearing.

IT IS ORDERED that Garnishee, SunTrust Bank, or its successors and assigns, pay to the plaintiff from Defendant's bank accounts the amount of $287.28, plus any additional balance deposited in Defendant's bank accounts dating back to the date of service of the Writ on the Garnishee on February 26, 2010, through the date payment is submitted to the United States. Funds should be made payable to the United States of America, and mailed to the U.S. Attorney's Office, 800 Market St., Suite 211, Knoxville, Tennessee 37902.

DATED: 4/8/10

_____
UNITED STATES DISTRICT COURT JUDGE